IN Re:

ELBERT NIEVES DIAZ
NORMA MILAGROS RIVERA GUADALUPE

XXX-XX-3255
XXX-XX-5457

      DEBTOR (S)

Case No. 22-00860-EAG

CHAPTER 13

**TRUSTEE'S POSITION AS TO DEBTOR'S REQUEST
TO RETAIN 2022 TAX REFUND**

**TO THE HONORABLE COURT:**

**NOW COMES** José R. Carrión, Chapter 13 Trustee through the undersigned attorney, and very respectfully alleges and informs

1. Debtors are requesting to retain their 2022 tax refund of $1,705.00 to cover some unexpected expenses. Docket #48

2. After reviewing debtor's income and expenses listed in the schedules, the Trustee has no opposition that the debtor retains $1,510.00 from the tax refund received of year 2022. Nevertheless the amount of $195.00 shall be paid to the Chapter 13 Trustee. Subsequent tax refunds should be devoted to the plan to maximize the repayment to creditors.

WHEREFORE, the Trustee respectfully requests this Honorable Court that it takes note of the above, and for such other and further relief as provided by law.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy

------------------------------------------------------------------

of this motion has been served by regular US Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this, May 02, 2023.


/s/ Mayra Arguelles -Staff Attorney
Jose R. Carrion
Chapter 13 Trustee
Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR  00726-0186 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | ELBERT NIEVES DIAZ<br>URB VILLA BLANCA<br>35 CALLE CORAL<br>CAGUAS, PR  00725 |
| EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA, PR  00739-0674 | SYNCHRONY BANK<br>C/O OF PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 |
| COOP A/C CAGUAS<br>PO BOX 1252<br>CAGUAS, PR  00726-1252 | US SMALL BUSINESS ADMINISTRATION<br>721 19th STREET<br>DENVER, CO  80202 |
| FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 | FIRSTBANK PUERTO RICO<br>MADELINE COLON PEREZ<br>C/O COLON SANTANA & ASOCIADOS CSP<br>315 COLL & TOSTE<br>SAN JUAN, PR  00918 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR  00902 | FIRSTBANK PUERTO RICO<br>C/O KEVIN M RIVERA MEDINA<br>COLON SANTANA & ASOCIADOS CSP<br>315 COLL & TOSTE<br>SAN JUAN, PR  00918 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR  00902 | US SMALL BUSINESS ADMINISTRATION<br>PEDRO J LOPEZ BERGOLLO<br>273 PONCE DE LEON AVE<br>SUITE 510 PLAZA 273<br>SAN JUAN, PR  00917 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR  00726-0186 | ELBERT NIEVES DIAZ<br>URB VILLA BLANCA<br>35 CALLE CORAL<br>CAGUAS, PR  00725 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | NORMA MILAGROS RIVERA GUADALUPE<br><br>,    00000 |
| COOP A/C CAGUAS<br>C/O CARLOS QUILICHINI PAZ<br>JESSICA M QUILICHINI ORTIZ<br>PO BOX 9020895<br>SAN JUAN, PR  00902-0895 | ATTORNEY GENERAL OF THE UNITED STATES<br>MERRICK B GARLAND ESQ<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON,, DC  20530-0001 |

LCDO JOSE A CANDELARIO LAJARA
COND VICK CENTER OFICINA D-406
SAN JUAN, PR   00925

LCDO JUAN ENRIQUE SANTANA FELIX
COND VIICK CENTER #867 SUITE D-406
SAN JUAN, PR   00925

UNITED STATES ATTORNEY DISTRICT OF PR
W. STEPHEN MULDROW ESQ
ROOM 150 FEDERAL BLDG
SAN JUAN, PR   00917

AVILES PLASTIC SURGERY
TORRE MEDICA HOSP HIMA
STE 710
CAGUAS, PR   00725