IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ELBERT NIEVES DIAZ<br>NORMA MILAGROS RIVERA GUADALUPE<br><br>xx-xx-3255<br>xx-xx-5457<br>Debtor(s) | CASE NO. 22-00860-MAG13<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON AUG/06/2026 |

ORDER

Trustee's position at Dkt. #72 is NOTED. The Debtor is ordered to pay $1,242.00 to the Trustee within fourteen (14) days, pursuant to Debtor's reply at Dkt. #69. Order due by 08/20/2026.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 6 day of August, 2026.

MARIA DE LOS ANGELES GONZALEZ
United States Bankruptcy Judge